FILED
December 5, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Charles Edward Williams, ) <br> ) <br> Defendant. ) | Case No. 2:05-cr-505 WBS <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Charles Edward Williams Case No. 2:05-cr-505 WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

_X_   $10,000 Unsecured Appearance Bond

___   Appearance Bond with 10% Deposit

___   Appearance Bond secured by Real Property

___   Corporate Surety Bail Bond

_X_   (Other) PTS conditions/supervision

Issued at Sacramento, CA on December 5, 2005 at 3 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge