DENNIS WAKS, Bar No. 142581
Acting Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Charles Edward Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>             )<br>         Plaintiff,  )<br>             )<br>    v.       )<br>             )<br>             )<br>CHARLES EDWARD WILLIAMS  )<br>             )<br>         Defendant.  )<br>_____) | No. CR S-05-505 WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br>Date: February 16, 2006<br>Time: 2:00 P.M.<br><br>Judge: Hon. William S. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew Stegman, and defendant Charles Edward Williams, by his counsel, Ned Smock, hereby stipulate and agree that the trial confirmation hearing now scheduled for January 18, 2006 be vacated and a status conference be set for February 16, 2006 at 2:00 P.M.  The trial date previously scheduled for February 8, 2006 should be vacated.

It is stipulated that the period from January 18, 2006 until February 16, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §

1

3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel. Defense counsel has yet to receive discovery. When discovery is received, defense counsel will need time to review it independently and with Mr. Williams.

```
                                    Respectfully submitted,
                                    MCGREGOR SCOTT
                                    United States Attorney


DATED: January 17, 2006             /s/ Matthew Stegman
                                    MATTHEW STEGMAN
                                    Assistant U. S. Attorney



DATED: January 17, 2006             /s/ Ned Smock
                                    NED SMOCK
                                    Attorney for Defendant
                                    CHARLES EDWARD WILLIAMS
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: January 18, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE