DANIEL BRODERICK, Bar No. 89424
Acting Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Charles Edward Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>          Plaintiff,           )<br>                                )<br>     v.                         )<br>                                )<br>                                )<br>CHARLES EDWARD WILLIAMS         )<br>                                )<br>          Defendant.            )<br>_____) | No. CR S-05-505 WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER**<br>Date: March 16, 2006<br>Time: 2:00 P.M.<br><br>Judge: Hon. William S. Shubb |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew Stegman, and defendant Charles Edward Williams, by his counsel, Ned Smock, hereby stipulate and agree that the trial confirmation hearing now scheduled for February 16, 2006 be vacated and a status conference be set for March 16, 2006 at 2:00 P.M.

    Discovery was recently provided to defense counsel.  After a meeting with the defendant, it was determined that several avenues of investigation must be pursued, including requesting and reviewing records and interviewing several witnesses.  In addition, defense counsel will be requesting additional discovery from the government as

the investigation proceeds.

It is stipulated that the period from February 16, 2006 until March 16, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                              Respectfully submitted,
                              MCGREGOR SCOTT
                              United States Attorney


DATED:  February 14, 2006     /s/ Matthew Stegman
                              MATTHEW STEGMAN
                              Assistant U. S. Attorney



DATED:  February 14 2006      /s/ Ned Smock
                              NED SMOCK
                              Attorney for Defendant
                              CHARLES EDWARD WILLIAMS
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: February 14, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2