UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,
   -vs-
Charles Edward Williams                          **Docket No. CRS. 05-505-WBS**

**COMES NOW** Sandra Hall, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Charles Edward Williams, who was placed on bond by the Honorable Kimberly J. Mueller, sitting in the Court at Sacramento, California, on the 5th day of December, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:641-Theft of Government Property

**BOND CONDITIONS:** Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was arrested by Shasta county sheriffs on February 15, 2006. He is being held in Shasta county jail as a parole hold has been lodged.

**PRAYING THAT THE COURT WILL ORDER** a no bail bench warrant be issued for said defendant.

**LAST KNOWN ADDRESS:** On file with Pretrial Services
**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                     Respectfully submitted,

                                                     /s/ Sandra D. Hall
                                                     Sandra D. Hall
                                                     Pretrial Services Officer
                                                     DATE:  March 13, 2006

***ORDER***

_X_    The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $0 pending hearing.

_____    The Court hereby orders this ex parte motion and order be sealed.

_____    The Court orders a summons be issued with an appearance date of _____.

_____    The Court hereby orders this matter placed on this court's calendar on_____, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____    The Court orders no action be taken.

                                                  *Considered and ordered this 13th day of*
                                                  *March, 2006, and ordered filed and*
                                                  *made a part of the records in the above case.*

_____
UNITED STATES MAGISTRATE JUDGE

**BOND CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

4. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer; and

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control; and

6. Pretrial Services can refer you to mental health treatment if necessary.

**CHRONOLOGY OF EVENTS:**

On December 5, 2005, the defendant was released on his own recognizance with Pretrial Services supervision and special conditions of release. On February 15, 2006, he was arrested for Spouse Abuse in Shasta county. He has a court date set of April 17, 2006

Mr. Williams parole officer indicates the defendant has signed a waiver of his parole hearing pending the outcome of the new charges. The officer indicates the defendant can be kept in custody up to 12 months on the parole waiver pending a hearing.

The defendant's case is currently set for a status conference before District Court Judge Shubb on March 16, 2006.