```
DANIEL BRODERICK, Bar No. 89424
Acting Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Charles Edward Williams
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR S-05-505 WBS |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER** |
| | ) | Date: April 12, 2006 |
| | ) | Time: 9:00 A.M. |
| CHARLES EDWARD WILLIAMS | ) | |
| | ) | Judge: Hon. William S. Shubb |
| Defendant. | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew Stegman, and defendant Charles Edward Williams, by his counsel, Ned Smock, hereby stipulate and agree that the trial confirmation hearing now scheduled for March 16, 2006 be vacated and a status conference be set for April 12, 2006 at 9:00 A.M.

Defense counsel has requests for documents pending and a number of potential witnesses remaining to contact.  Additional time is needed to gather the relevant documents and perform the investigation.

It is stipulated that the period from March 16, 2006 until April 12, 2006 be excluded in computing the time within which trial must

1

commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                              Respectfully submitted,
                              MCGREGOR SCOTT
                              United States Attorney


DATED:  March 14, 2006        /s/ Matthew Stegman
                              MATTHEW STEGMAN
                              Assistant U. S. Attorney



DATED:  March 14, 2006        /s/ Ned Smock
                              NED SMOCK
                              Attorney for Defendant
                              CHARLES EDWARD WILLIAMS
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: March 14, 2006

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2