DANIEL BRODERICK, Bar No. 89424
Acting Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Charles Edward Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>               Plaintiff,            )<br>                                    )<br>       v.                           )<br>                                    )<br>                                    )<br>CHARLES EDWARD WILLIAMS             )<br>                                    )<br>               Defendant.           )<br>_____) | No. CR S-05-505 WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br>Date: May 17, 2006<br>Time: 9:00 A.M.<br><br>Judge: Hon. William S. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew Stegman, and defendant Charles Edward Williams, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for April 12, 2006 be vacated and a status conference be set for May 17, 2006 at 9:00 A.M.

Defense counsel is awaiting copies of bank records and a defense investigator is locating and interviewing witnesses. Additional time is needed to gather the relevant documents and perform the investigation.

It is stipulated that the period from April 12, 2006 until May

1

17, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

                                        Respectfully submitted,
                                        MCGREGOR SCOTT
                                        United States Attorney

DATED:  April 10, 2006        /s/ Matthew Stegman
                                        MATTHEW STEGMAN
                                        Assistant U. S. Attorney

DATED:  April 10, 2006        /s/ Ned Smock
                                        NED SMOCK
                                        Attorney for Defendant
                                        CHARLES EDWARD WILLIAMS

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: April 10, 2006

*William B. Shubb* (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE