DANIEL BRODERICK, Bar No. 89424
Acting Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Charles Edward Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>           Plaintiff,        )<br>                             )<br>     v.                      )<br>                             )<br>                             )<br>CHARLES EDWARD WILLIAMS      )<br>                             )<br>           Defendant.        )<br>_____) | No. CR S-05-505 WBS<br><br>**STIPULATION AND ORDER**<br>Date: June 21, 2006<br>Time: 9:00 A.M.<br><br>Judge: Hon. William S. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew Stegman, and defendant Charles Edward Williams, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for May 17, 2006 be vacated and a status conference be set for June 21, 2006 at 9:00 A.M.

Defense counsel received an initial batch of bank records today and is awaiting additional bank records.  A defense investigator is contacting and interviewing witnesses.  Additional time is needed to gather and review the relevant documents and perform the investigation.

1

It is stipulated that the period from May 17, 2006 until June 21, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                              Respectfully submitted,
                              MCGREGOR SCOTT
                              United States Attorney


DATED: May 15, 2006           /s/ Matthew Stegman
                              MATTHEW STEGMAN
                              Assistant U. S. Attorney



DATED: May 15, 2006           /s/ Ned Smock
                              NED SMOCK
                              Attorney for Defendant
                              CHARLES EDWARD WILLIAMS
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: May 17, 2006

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2