DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
Charles Edward Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S-05-505 WBS |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **ORDER** |
| | ) | Date: July 19, 2006 |
| | ) | Time: 9:00 A.M. |
| CHARLES EDWARD WILLIAMS | ) | |
| | ) | Judge: Hon. William S. Shubb |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew Stegman, and defendant Charles Edward Williams, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for June 21, 2006 be vacated and a status conference be set for July 19, 2006 at 9:00 A.M.

Defense counsel has received four batches of additional bank records and is organizing and reviewing them. Supplemental investigation must be performed based upon the information contained therein. Additional time is needed to perform that investigation.

It is stipulated that the period from June 21, 2006 until July

19, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

                                           Respectfully submitted,
MCGREGOR SCOTT
United States Attorney

DATED:  June 15, 2006        /s/ Matthew Stegman
                                      MATTHEW STEGMAN
Assistant U. S. Attorney

DATED:  June 15, 2006        /s/ Ned Smock
                                      NED SMOCK
Attorney for Defendant
CHARLES EDWARD WILLIAMS

## **O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED:  June 20, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE