DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Charles Edward Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR S-05-505 WBS |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **ORDER** |
| | ) | Date: August 9, 2006 |
| | ) | Time: 9:00 A.M. |
| CHARLES EDWARD WILLIAMS | ) | |
| | ) | Judge: Hon. William S. Shubb |
| Defendant. | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew Stegman, and defendant Charles Edward Williams, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for July 19, 2006 be vacated and a status conference be set for August 9, 2006 at 9:00 A.M.

Defense counsel has completed a review of bank records received in this matter and is performing ongoing investigation.  The government sent a proposed plea agreement this week.  Defense counsel needs time to go to Redding to meet with the defendant in person to discuss the progress of the investigation and to review the plea

1

agreement with him.

It is stipulated that the period from July 19, 2006 until August 9, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                                    Respectfully submitted,
                                    MCGREGOR SCOTT
                                    United States Attorney


DATED:  July 14, 2006               /s/ Matthew Stegman
                                    MATTHEW STEGMAN
                                    Assistant U. S. Attorney



DATED:  July 14, 2006               /s/ Ned Smock
                                    NED SMOCK
                                    Attorney for Defendant
                                    CHARLES EDWARD WILLIAMS
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: July 17, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE