DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Charles Edward Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES EDWARD WILLIAMS ) <br> ) <br> Defendant. ) <br> _____) | No. CR S-05-505 WBS <br><br> **STIPULATION AND ORDER** <br> Date: August 30, 2006 <br> Time: 9:00 A.M. <br><br> Judge: Hon. William S. Shubb |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew Stegman, and defendant Charles Edward Williams, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for August 9, 2006 be vacated and a status conference be set for August 30, 2006 at 9:00 A.M.

    Defense counsel and an investigator traveled to Redding to visit the defendant.  Additional leads for follow-up investigation were gathered during the meeting.  Time is needed to perform that investigation.  Defense counsel has also asked the government for supplemental discovery.  It is expected that by August 30 the parties

1

will be either setting a time for a change of plea or requesting a trial date.

It is stipulated that the period from August 9, 2006 until August 30, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

                                    Respectfully submitted,
                                    MCGREGOR SCOTT
                                    United States Attorney

DATED: August 7, 2006        /s/ Matthew Stegman
                                    MATTHEW STEGMAN
                                    Assistant U. S. Attorney

DATED: August 7, 2006        /s/ Ned Smock
                                    NED SMOCK
                                    Attorney for Defendant
                                    CHARLES EDWARD WILLIAMS

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: August 7, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2