DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Charles Edward Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CHARLES EDWARD WILLIAMS ) <br> ) <br> Defendant. ) <br> _____) | No. CR S-05-505 WBS <br><br> **STIPULATION AND [PROPOSED] ORDER** <br> Date: October 25, 2006 <br> Time: 9:00 A.M. <br><br> Judge: Hon. William S. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew Stegman, and defendant Charles Edward Williams, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for September 20, 2006 be vacated and a status conference be set for October 25, 2006 at 9:00 A.M.

The defendant is in custody at the Shasta County Jail awaiting trial on a state felony charge.  A federal hold is in place.  It is stipulated that the period from September 20, 2006 until October 25, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §

1

3161(h)(1)(D) and Local Code M for delay resulting from trial with respect to other charges against the defendant.

```
                                    Respectfully submitted,
                                    MCGREGOR SCOTT
                                    United States Attorney


DATED:  September 20, 2006          /s/ Matthew Stegman
                                    MATTHEW STEGMAN
                                    Assistant U. S. Attorney



DATED:  September 20, 2006          /s/ Ned Smock
                                    NED SMOCK
                                    Attorney for Defendant
                                    CHARLES EDWARD WILLIAMS
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: September 19, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE