DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Charles Edward Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                       )<br>              Plaintiff,               )<br>                                       )<br>     v.                                )<br>                                       )<br>                                       )<br>CHARLES EDWARD WILLIAMS                )<br>                                       )<br>              Defendant.               )<br>_____) | No. CR S-05-505 WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER**<br>Date: January 29, 2007<br>Time: 8:30 A.M.<br><br>Judge: Hon. William S. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew Stegman, and defendant Charles Edward Williams, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for December 13, 2006 be vacated and a status conference be set for **February 5, 2007 at 8:30 A.M.**

The defendant is in custody at the Shasta County Jail awaiting trial on a state felony charge. A federal hold is in place. The trial, which had been scheduled to begin in late November, is now scheduled to begin on January 8, 2007. It is stipulated that the period from December 13, 2006 until **February 5, 2007** be excluded in

1

computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code M for delay resulting from trial with respect to other charges against the defendant.

                                        Respectfully submitted,
                                        MCGREGOR SCOTT
                                        United States Attorney

DATED: December 11, 2006      /s/ Matthew Stegman
                                        MATTHEW STEGMAN
                                        Assistant U. S. Attorney


DATED: December 11, 2006      /s/ Ned Smock
                                        NED SMOCK
                                        Attorney for Defendant
                                        CHARLES EDWARD WILLIAMS


### **O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: December 12, 2006

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE