```
McGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,    )<br>  )<br>    v.    )<br>  )<br>CHARLES EDWARD WILLIAMS  )<br>  )<br>        Defendant.    )<br>_____) | Case No. S-05-505 WBS<br><br>AMENDED GOVERNMENT'S MOTION TO<br>DISMISS SUPERVISED RELEASE<br>VIOLATION PETITION AND<br>[~~PROPOSED~~] ORDER<br><br>Date: December 1, 2008<br>Time: 8:30 a.m.<br>Hon. William B. Shubb |

Plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing without prejudice the violation of supervised release petition filed in this case dated June 27, 2008.

DATED: November 26, 2008            McGREGOR W. SCOTT
                                    United States Attorney


                                    By: /s/ Matthew Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney

                    O R D E R

IT IS SO ORDERED:

DATED: December 5, 2008

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE