UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

                RE:    WILLIAMS, Charles Edward
                       Docket Number:   2:05CR00505-01
                       <u>STATUS REPORT</u>

Your Honor:

In a non-compliance report dated October 5, 2009, the Court was notified of the releasee's arrest on August 26, 2009, by the Shasta County Sheriff's Office for a restraining order violation and an assault on a person with a vehicle.

On September 10, 2009, the Shasta County District Attorney's Office filed a felony criminal complaint (Superior Court Case Number 09-06122) alleging the releasee: committed an assault with a deadly weapon, his vehicle, and by use of force likely to produce great bodily injury, in violation of section 245(A)(1) of the Penal Code, a felony, and; on August 26, 2009, disobeyed a Court order, in violation of section 166(A)(4) of the Penal Code, a misdemeanor.

On November 17, 2009, the releasee appeared before the Shasta County Superior Court for a jury trial.  The Court dismissed the case due to insufficient evidence and prosecution's inability to prove the case beyond a reasonable doubt.

Since the matter has resulted in case dismissal, it is recommended the Court take no negative action.

                             Respectfully submitted,

                             /s/ R. Walters

                             **R. WALTERS**
                    **Senior United States Probation Officer**

RE: WILLIAMS, Charles Edward
Docket Number: 2:05CR00505-01
**STATUS REPORT**

Dated: December 21, 2009
Redding, California
RCW:aph

**REVIEWED BY:** /s/ Terence E. Sherbondy

**TERENCE E. SHERBONDY**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

( x ) The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

**Date: December 29, 2009**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc: United States Probation
Matthew Stegman, Assistant United States Attorney
Alexandra Negin, Assistant Federal Defender